1 | **THE BARRY LAW FIRM**
2 | David N. Barry, Esq. (SBN 219230)
  | 11845 W. Olympic Blvd., Suite 1270
3 | Los Angeles, CA 90064
  | Telephone: 310.684.5859
4 | Facsimile: 310.862.4539

Attorney for Plaintiff, BRENDA CEROVICH

**SULLIVAN & CROMWELL LLP**
Robert J. Giuffra, Jr., Esq. (*admitted pro hac vice*)
Sharon L. Nelles, Esq. (*admitted pro hac vice*)
William B. Monahan (*admitted pro hac vice*)
125 Broad Street New York,
New York 10004
Telephone: 212.558.4000
Facsimile: 212.558.3588

Attorneys for Defendant,
VOLKSWAGEN GROUP OF AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB |
| THIS DOCUMENT RELATES TO: CEROVICH v. VOLKSWAGEN GROUP OF AMERICA, INC. ET AL., Case No. 3:18-cv-02659-CRB | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

This stipulation is entered into pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), between Plaintiff Brenda Cerovich and Defendant Volkswagen Group of America, Inc. (collectively, the "Parties"), by and through their respective counsel of record:

WHEREAS the Parties have agreed that all matters in dispute between them, including, without limitation, Plaintiff's claims for attorneys' fees, have been resolved.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the Parties herein, and subject to the approval of the Court, that the above-entitled action be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

DATED:  December 16, 2020              THE BARRY LAW FIRM

                                    By:    /s/ *David N. Barry*
                                           David N. Barry
                                           Attorney for Plaintiff,
                                           BRENDA CEROVICH


DATED:  December 18, 2020              SULLIVAN & CROMWELL LLP

                                    By:    /s/ *William B. Monahan*
                                           Robert J. Giuffra, Jr.
                                           Sharon L. Nelles
                                           William B. Monahan
                                           Attorneys for Defendant,
                                           VOLKSWAGEN GROUP OF
                                           AMERICA, INC.

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED:  December 22, 2020

                                           _____
                                           The Honorable Charles R. Breyer
                                           UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**